# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
## *FORT WORTH DIVISION*

JANE UNTHSC-CE DOE
Plaintiff

v.

THE UNIVERSITY OF NORTH TEXAS HEA
Defendant

4:20-cv-519

Civil Action No.

## **CERTIFICATE OF INTERESTED PERSONS**
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

Plaintiff JANE UNTHSC-CE DOE

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*\*Please separate names with a comma. Only text visible within box will print.*

NA

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*\*Please separate names with a comma. Only text visible within box will print.*

JANE UNTHSC-CE DOE,
GORMAN LAW OFFICES, pllc,
TERRY P. GORMAN,
THE UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE  CENTER AT FORT WORTH,
and
KIRK BARRON

| | |
|---|---|
| Date: | May 21, 2020 |
| Signature: | /s/ Terry P. Gorman |
| Print Name: | Terry P. Gorman |
| Bar Number: | 08218200 |
| Address: | 901 Mopac Expressway South, S |
| City, State, Zip: | Austin, Texas 78744 |
| Telephone: | 214-803-2-3477 |
| Fax: | 512-597-1455 |
| E-Mail: | tgorman@school-law.co |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons