IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



| | | |
|---|---|---|
| JANE UNTHSC-CE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:20-CV-519-A |
| | § | |
| THE UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CENTER AT FORT WORTH, ET AL., | § § § § | |
| Defendants. | § | |

O R D E R

The court has determined that there is no record in the file of the above-captioned action of proper service of summons and complaint upon defendants, The University of North Texas Health Science Center at Fort Worth and Kirk Barron. Therefore,

The court ORDERS that by 4:00 p.m. on September 8, 2020, plaintiff, Jane UNTHSC-CE Doe, file either proof of proper service of summons and complaint on defendants, or an instrument containing a satisfactory explanation, in affidavit form, as to why such proof cannot be filed.

If plaintiff fails to comply with this order the court will consider the dismissal, without further notice, of plaintiff's claims and causes of action against defendants, as authorized by

Rule 4(m) of the Federal Rules of Civil Procedure.

SIGNED August 24, 2020.

_____
JOHN McBRYDE
United States District Judge