IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JANE UNTHSC-CE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:20-CV-519-A |
| | § | |
| THE UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CENTER AT FORT WORTH, ET AL., | § § § § | |
| | § | |
| Defendants. | § | |

ORDER

Pursuant to LR 55.1 of the Local Civil Rules of the United States District Court for the Northern District of Texas, if a defendant has been in default for ninety days, the presiding judge may require the plaintiff to move for entry of a default and a default judgment and, if the plaintiff fails to comply with the order, the action will be dismissed as to the defaulting defendant. Here, the record reflects that defendants, The University of North Texas Health Science Center at Fort Worth and Kirk Barron, have been in default for more than ninety days. Plaintiff has not taken any action to pursue the matter. Therefore,

The court ORDERS that by 4:00 p.m., on January 11, 2021, plaintiff move for entry of default and a default judgment as to defendants. Failure to comply with this order may result in the

dismissal of plaintiff's claims without further notice.

The court further notifies plaintiff that she will have to Identify herself in order to obtain a judgment.

SIGNED January 4, 2021.

_____
JOHN McBRYDE
United States District Judge