IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JANE UNTHSC-CE DOE,       § | | |
|    prior alias herein for       § | | |
| ERICA (Muse) CHUSTZ       § | | |
|    *Plaintiff*,       § | | |
| v.       § | | C.A. No. 4:20-cv-00519-A |
| § | | |
| THE UNIVERSITY OF NORTH       § | | |
| TEXAS HEALTH SCIENCE       § | | |
| CENTER AT FORT WORTH and       § | | |
| KIRK BARRON       § | | |
|    *Defendants*.       § | | |

## PLAINTIFF'S MOTION OF DEFAULT JUDGMENT

COMES NOW, Plaintiff ERICA (Muse) CHUSTZ ("Chustz"), formerly referred to herein as JANE UNTHSC-CE DOE, to file this "PLAINTIFF'S MOTION DEFAULT JUDGMENT" as follows:

1.  In accord with Rule 55(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Chustz moves this Court for the entry of a default judgment against the Defendants **THE UNIVERSITY OF NORTH TEXAS HEALTH SCIENCE CENTER AT FORT WORTH** and **KIRK BARRON** on the basis the record in this matter demonstrates that there has been a failure of Defendants to plead or otherwise defend. In support of this Motion, attached hereto as Exhibit 1 is the Declaration In

Support of Motion for Default Judgment tendered by Terry P. Gorman, counsel for Plaintiff.

Respectfully submitted,

**GORMAN LAW FIRM, PLLC**

By: _____
    Terry P Gorman, Esq.
    Texas Bar No. 08218200
    tgorman@school-law.co
901 Mopac Expressway South, Suite 300
Austin, Texas 78746
Telephone: (214)-802-3477 (direct)
Telecopier: (512) 597-1455
**ATTORNEYS FOR PLAINTIFF**
**ERICA (Muse) CHUSTZ fka herein as**
    **JANE UNTHSC-CE DOE**

**LAW OFFICES OF DANIEL T. MABERY**

By: ___// *Daniel T. Mabery*//_____
    Daniel T. Mabery
    State Bar No. 00794202
4815 Westgrove Drive, #715
Addison, Texas 750012765
(214) 502-1716 (office)
dan.mabery@yahoo.com
**ATTORNEYS FOR PLAINTIFF**
**ERICA (Muse) CHUSTZ fka herein as**
    **JANE UNTHSC-CE DOE**