# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

Fort Worth Division

| | | |
|---|---|---|
| Jane UNTHSC-CE Doe <br> Plaintiff <br><br> v. <br><br><br> The University of North Texas Health <br> Defendant | § § § § § § § § § § § | Civil Action No. 4:20-cv-00519-A |

## CLERK'S ENTRY OF DEFAULT

The record reflects that service of the complaint has been made upon the Defendants named below:

The University of North Texas Health Science Center at Fort Worth, Kirk Barron

_____

It appears from the record that service of the complaint has been made, that the Defendants has failed to answer or otherwise defend as directed within the time allowed, and that the Plaintiff has shown that failure through affidavit or otherwise.

Therefore, upon Plaintiff's request, DEFAULT is entered against the Defendants named above.

KAREN S. MITCHELL, CLERK
U.S. DISTRICT COURT

s/T. Nunns
By: Deputy Clerk on 01/11/2021